**Order entered September 6, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00929-CV

### MATHESON TRI-GAS INC., Appellant

### V.

### MAXIM INTEGRATED PRODUCTS INC., Appellee

**On Appeal from the 134th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-12-387**

## ORDER

The Court has before it appellee's September 4, 2013 unopposed motion to extend deadline for filing appellee's brief. The Court **GRANTS** the motion and **ORDERS** appellee to file its brief by October 4, 2013.

/s/    ELIZABETH LANG-MIERS
        JUSTICE